MANDY G. LEIGH (SBN 225748)
SARAH J. FAIRCHILD (SBN 238469)
Leigh Law Group also DBA EDULEGAL
447 Battery Street, Suite 310
San Francisco, CA 94111
Telephone: (415) 399-9155
Fax: (415) 399-9608

Attorney for Plaintiff,
K.S.

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

K.S., a minor, by and through her parents, P.S and M.S.,

    Plaintiff,

v.

FREMONT UNIFIED SCHOOL DISTRICT

    Defendant.

Case No. C 06 7218 SI

STIPULATION AND PROPOSED ORDER REQUESTING CHANGE OF TIME PURSUANT TO N.D.L.R. 6-1

DATE: January 26, 2006
TIME: 9:00 A.M.
LOCATION: Courtroom, 10/19th floor
JUDGE: HON. SUSAN ILLSTON

## STIPULATION OF PARTIES

Plaintiff and Defendant in the above-captioned matter do hereby stipulate to a change of time in the above-captioned matter from January 26, 2006 to February 9, 2007.

1

DATED: December 29, 2006

_____
Mandy G. Leigh
Attorney for Plaintiff K.S.

DATED: December 29, 2006

_____
Amy Levine
Attorney for Defendant Fremont Unified
School District

### [PROPOSED] ORDER

The above request for changing time IS HEREBY DENIED/(ORDERED).

DATED: December 29, 2006

_____
Honorable Judge Susan Illston

MANDY G. LEIGH (SBN 225748)
SARAH J. FAIRCHILD (SBN 238469)
Leigh Law Group *also DBA EDULEGAL*
447 Battery Street, Suite 310
San Francisco, CA 94111
Telephone: (415) 399-9155
Fax: (415) 399-9608

Attorney for Plaintiff,
K.S.

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S and M.S., <br><br> Plaintiff, <br><br> v. <br><br> FREMONT UNIFIED SCHOOL DISTRICT <br><br> Defendant. | Case No. C 06 7218 SI <br><br> **DECLARATION OF MANDY LEIGH IN SUPPORT OF THE REQUEST FOR AN ORDER CHANGING TIME** <br><br> DATE: January 26, 2006 <br> TIME: 9:00 A.M. <br> LOCATION: Courtroom, 10/19th floor <br> JUDGE: HON. SUSAN ILLSTON |

## DECLARATION OF MANDY LEIGH IN SUPPORT OF THE REQUEST FOR ORDER CHANGING TIME:

I, Mandy Leigh, declare:

1. I am the attorney for Plaintiff in the above-entitled action. This declaration is in support of the request for an order to change time signed by counsel in the above-captioned matter.

1

2. I am unavailable on the time set in this matter due to a conflict in schedule resulting from personal and business related matters.

3. The effects of the requested time modification will be to extend by two weeks the hearing on Defendant's Motion to Dismiss. Plaintiff's time for filing opposing papers and Defendant's time for filing a Reply to Plaintiff's opposition shall be in accordance with the local and federal rules and calculated based upon the new date set for the hearing in this matter. No other time modifications exist in this matter.

DATED: December 29, 2006

_____
Mandy G. Leigh
Attorney for Plaintiff K.S.

2

DECLARATION OF MANDY LEIGH IN SUPPORT OF A REQUEST FOR AN ORDER CHANGING TIME
K.S. v. Fremont Unified School District Case No. C 06 7218 SI