ELIZABETH ESTES, State Bar No. 173680
AMY R. LEVINE, State Bar No. 160743
DAMARA MOORE, State Bar No. 215678
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C06 7218 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>DATE: February 9, 2007<br>TIME: 9:00 a.m.<br>LOCATION: Courtroom 10, 19th Floor.<br>JUDGE: Hon. Susan Illston<br><br>Complaint Filed: Nov. 21, 2006 |

The parties hereto by and through their counsel of record hereby stipulate and agree that the hearing date for defendant FREMONT UNIFIED SCHOOL DISTRICT's motion to dismiss, currently scheduled for 9:00 a.m., February 9, 2007, shall be continued to 9:00 a.m., February 23, 2007, or a time and date as soon thereafter as convenient to the Court.

The parties further stipulate and agree that the defendant's reply in support of its motion to dismiss shall be due February 9, 2007 in accordance with local and federal rules.

Good cause exists for continuing the hearing date for defendant's motion in that the parties had previously agreed to an extension of time for plaintiff's opposition, and had intended to

---

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS; CASE NO. C06-7218 SI

SF 249586v1

provide an equivalent extension for defendant's reply, but through mutual mistake failed to do so.

DATED: 1/26/07

MILLER BROWN & DANNIS

By: _____
ELIZABETH ESTES
AMY R. LEVINE
DAMARA MOORE
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

DATED: 1/25/07

LEIGH LAW GROUP DBA EDULEGAL

By: _____
MANDY G. LEIGH
Attorneys for Plaintiff
K.S., a minor, by and through her parents, P.S. and M.S.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Susan Illston
United States District Court Judge