IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., | No. C 06-07218 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 17, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 30, 2007</u>.

DESIGNATION OF EXPERTS: <u>11/16/07</u>; REBUTTAL: <u>12/7/07</u>.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 21, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 14, 2007</u>;

   Opp. Due <u>September 25, 2007</u>;  Reply Due <u>October 5, 2007</u>;

   and set for hearing no later than <u>October 19, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 29, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 11, 2008</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>2</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Motion to Supplement the Record is scheduled for hearing on August 17, 2007, at 9:00 a.m.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/4/07

SUSAN ILLSTON
United States District Judge