ELIZABETH ESTES, State Bar No. 173680
AMY R. LEVINE, State Bar No. 160743
DAMARA MOORE, State Bar No. 215678
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: 415 543-4111
Facsimile: 415 543-4384

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT


MANDY G. LEIGH, State Bar No. 225748
SARAH J. FAIRCHILD, State Bar No. 238469
LEIGH LAW GROUP DBA EDULEGAL
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: 415-399-9155
Facsimile: 415-399-9608

Attorneys for Plaintiff
K.S., a minor, by and through her parents, P.S. and M.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C06 7218 SI (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>New Hearing Date    August 17, 2007<br>Current Hearing Date: July 13, 2007<br>Hearing Time:    9:00 a.m.<br>Courtroom:    Courtroom 10, 19th Flr.<br>Judge:    Hon. Susan Illston<br><br>Complaint Filed:    Nov. 21, 2006 |

The parties hereto, by and through their attorneys of record, hereby stipulate and request

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; CASE NO. C06-7218 SI

SF 269732v1

1 that this Court continue the hearing date on Plaintiff's Motion for Leave to Amend Complaint ("Motion") currently set for July 13, 2007 at 9:00 a.m. in Courtroom 10 of the above-entitled court, to **August 17, 2007, at 9:00 a.m. in Courtroom 10**.

In the interest of judicial economy, good cause exists for the requested continuance as, pursuant to this Court's June 4, 2007, Pretrial Preparation Order, the parties will appear on August 17, 2007 at 9:00 a.m. for hearing on motions to supplement the record and, at 2:30 p.m. for a further case management conference. In addition, defendant's lead counsel, Amy R. Levine, will be on vacation on July 13, 2007, the date currently set for the hearing on the Motion.

IT IS SO STIPULATED:

DATED: _____ **MILLER BROWN & DANNIS**

By:   Amy R. Levine
ELIZABETH ESTES
AMY R. LEVINE
DAMARA MOORE
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

DATED: _____ **LEIGH LAW GROUP DBA EDULEGAL**

By:   /s/ Mandy G. Leigh
MANDY G. LEIGH
SARAH J. FAIRCHILD
Attorneys for Plaintiff
K.S., a minor, by and through her parents, P.S. and M.S.

## ORDER

This matter came before the undersigned Judge of the above-entitled court by joint request of the parties for a continuance of the July 13, 2007 hearing on Plaintiff's Motion for Leave to Amend Complaint ("Motion"). Good cause appearing therefor, **IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Leave to Amend Complaint currently set for July 13, 2007 at 9:00 a.m. is continued to August 17, 2007 at 9:00 a.m. Any opposition to, or reply in support of, the Motion shall be continued to conform to the Federal Rules of Civil Procedure and all applicable local rules.

DATED:_____          _/s/ Susan Illston_

Hon. Susan Illston
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; CASE NO. C06-7218 SI

SF 269732v1