MANDY G. LEIGH (SBN 225748)
SARAH J. FAIRCHILD (SBN 238469)
Leigh Law Group *also DBA EDULEGAL*
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: 415- 399- 9608
Fax: 415-399-9608
Email: mleigh@leighlawgroup.com

Attorney for Plaintiff,
K.S.

### IN THE UNITED STATES DISTRICT FOR
### THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S., <br><br> Plaintiff, <br><br> v. <br><br> FREMONT UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | **Case No. C06 7218 SI** <br><br> **[PROPOSED] ORDER FOR SHORTENING TIME** <br><br> **N.D.L.R. 6-1 & 6-2** <br><br> DATE: August 17, 2007 <br> TIME: 9 a.m. <br> LOCATION: Courtroom 10, 19th Floor. <br> JUDGE: Hon. Susan Illston |

FOR GOOD CAUSE SHOWN, this Court grants the parties' application to shorten time in this matter by extending the time by 3 days set for Plaintiff's Motion and Reply and Defendant's Opposition as follows: Plaintiff's Motion to Supplement the Record shall be due July 18, 2007; Defendant's Opposition shall be due August 1, 2007; Plaintiff's Reply shall be due August 7, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2007

_____
Honorable Susan Illston
United States District Court Judge

3

APPLICATION OF PARTIES, STIPULATION AND PROPOSED ORDER TO CHANGE TIME
K.S. v. FREMONT UNIFIED SCHOOL DISTRICT, *ET AL.*; CASE NO. C 06 -7218 SI