```
MANDY G. LEIGH (SBN 225748)
SARAH J. FAIRCHILD (SBN 238469)
Leigh Law Group also DBA EDULEGAL
447 Battery Street, Suite 310
San Francisco, CA 94111
Telephone: (415) 399-9155
Fax: (415) 399-9608


Attorney for Plaintiff,
K.S.
```

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S and M.S., <br><br> Plaintiff, <br><br> v. <br><br><br> FREMONT UNIFIED SCHOOL DISTRICT <br><br> Defendant. | Case No. C 06 7218 SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO EXCEED PAGE LIMIT** <br><br> LOCATION: Courtroom, 10/19th floor <br> JUDGE: HON. SUSAN ILLSTON |

**[PROPOSED] ORDER**

IT IS SO ORDERED

Plaintiff's request to file a Memorandum of Points and Authorities not exceeding 35 pages in support of her Motion for Summary Judgment is hereby ~~DENIED~~/ORDERED.

DATED : _____        _____

Honorable Judge Illston

United States District Court Judge, Northern District

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO EXCEED PAGE LIMIT**
K.S. v. Fremont Unified School District   Case No. C 06 7218 SI