MANDY G. LEIGH (SBN 225748)
SARAH J. FAIRCHILD (SBN 238469)
Leigh Law Group *also DBA EDULEGAL*
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: (415) 399-9155
Fax: (415) 399-9608

Attorney for Plaintiff,
K.S.

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

K.S., a minor, by and through her parents, P.S ) Case No. C 06 7218 SI
and M.S., )
                                 ) **[PROPOSED] ORDER**
                                 ) **GRANTING PLAINTIFF'S**
    Plaintiff, ) **REQUEST TO EXTEND DUE DATE**
                                 ) **FOR MOTION TO COMPEL**
v. )
                                 ) Date:
                                 ) Time:
                                 ) LOCATION: Courtroom, 10/19th floor
                                 ) JUDGE: HON. SUSAN ILLSTON
FREMONT UNIFIED SCHOOL DISTRICT )
    Defendant. )
_____ )

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED : _____      _____
                                                                Honorable Judge Illston

                                                             United States District Court Judge, Northern District