ELIZABETH ESTES, State Bar No. 173680
AMY R. LEVINE, State Bar No. 160743
SARAH LW. SUTHERLAND, State Bar No. 239889
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: 415 543-4111
Facsimile: 415 543-4384

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT


MANDY G. LEIGH, State Bar No. 225748
JESSICA COCHRAN, State Bar No. 244248
SARAH J. FAIRCHILD, State Bar No. 238469
LEIGH LAW GROUP DBA EDULEGAL
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: 415-399-9155
Facsimile: 415-399-9608

Attorneys for Plaintiff
K.S., a minor, by and through her parents, P.S. and M.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C06 7218 SI (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DUE DATE FOR DEFENDANT'S MOTIONS TO COMPEL NON-EXPERT DISCOVERY**<br><br>Courtroom: Courtroom 10, 19th Flr.<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: Nov. 21, 2006 |

1

The parties hereto, by and through their attorneys of record, hereby stipulate to extend defendant's due date for any motion to compel non-expert discovery responses by 5 days, until December 12, 2007, in order to allow the parties' additional time to meet and confer, if necessary. Pursuant to Northern District Local Rules 26-2, 6-1(b) and 6-2(a)(1)(3), the above named parties request that defendant's deadline for filing a motion to compel discovery be changed to December 12, 2007.

IT IS SO STIPULATED:

DATED: November 20, 2007			**MILLER BROWN & DANNIS**


By:   Amy R. Levine
     ELIZABETH ESTES
     AMY R. LEVINE
     SARAH L.W. SUTHERLAND
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT


DATED: November 20, 2007			**LEIGH LAW GROUP DBA EDULEGAL**


By:   /s/ Mandy G. Leigh
     MANDY G. LEIGH
     JESSICA COCHRAN
     SARAH J. FAIRCHILD
Attorneys for Plaintiff
K.S., a minor, by and through her parents, P.S. and M.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C06 7218 SI (JL)<br><br>**[PROPOSED] ORDER EXTENDING DUE DATE FOR DEFENDANT'S MOTIONS TO COMPEL NON-EXPERT DISCOVERY**<br><br>Courtroom: Courtroom 10, 19th Flr.<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: Nov. 21, 2006 |

**IT IS HEREBY ORDERED** that defendant shall have until December 12, 2007 to file any motion to compel non-expert discovery in this action.

DATED:_____

_____
Hon. Susan Illston
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTIONS TO COMPEL; CASE NO. C06-7218 SI

SF 286868v1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105