SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
SARAH L.W. SUTHERLAND, State Bar No. 239889
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S., <br><br> Plaintiff, <br><br> v. <br><br> FREMONT UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. C06 7218 SI <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO LODGE ADDENDUM TO ADMINISTRATIVE RECORD UNDER SEAL** <br><br> HEARING DATE: January 18, 2008 <br> HEARING TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Flr. <br> JUDGE: Hon. Susan Illston <br><br> **Complaint Filed:** November 21, 2006 |

Having considered Defendant's request to lodge the Addendum to the Administrative Record in this matter under seal, the Court **GRANTS** the motion, finding that the supplemental administrative record, containing the testimony of Linda Martinez, is replete with personally identifiable information related to the educational and health records of the minor plaintiff, and is too voluminous to redact.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO LODGE SUPPLEMENTAL ADMINISTRATIVE RECORD OF LINDA MARTINEZ UNDER SEAL; CASE NO. C06-7218 SI

SF 294774v1