IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S., | No. C 06-07218 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

The parties' cross-motions for summary judgment have been granted in part and denied in part, and this action is remanded to the Office of Administrative Hearings. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: February 22, 2008

_____
SUSAN ILLSTON
United States District Judge