IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S., | No. C 06-07218 SI |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the parties' cross-motions for an award of costs are appropriate for resolution without oral argument, and hereby VACATES the hearing on April 18, 2008.

**IT IS SO ORDERED.**

Dated: April 17, 2008

SUSAN ILLSTON
United States District Judge