IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 06-07218 SI<br><br>**ORDER DENYING PARTIES' MOTIONS FOR COSTS** |

　　At this stage of the proceedings, neither party has prevailed for purposes of receiving an award of costs. Accordingly, both motions for costs are DENIED. [Docket No. 151, 155.]

　　**IT IS SO ORDERED.**

Dated: April 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge