IN THE UNITED STATES DISTRICT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S and M.S., <br><br>　　　K.S., <br><br>v. <br><br>FREMONT UNIFIED SCHOOL DISTRICT <br><br>　　　Defendant. | Case No. C 06 7218 SI <br><br>**[PROPOSED] ORDER AUTHORIZING STATUS CONFERENCE** <br><br>Honorable Susan Illston |

The Plaintiff in the above captioned action has requested a status conference in order to determine the status of case Number C 06 7218 SI.  The Court agrees that a status conference is appropriate and will calendar a status conference.

DATED: _____

The case management conference has been set for 6/30/09 @ 11:30 a.m.

_____
Honorable Judge Susan Illston
U.S. District Court, Northern District

*IT IS SO ORDERED* — Judge Susan Illston

---
i

1

**K.S. V. FREMONT UNIFIED SCHOOL DISTRICT**
　　　**Case No. C-06 7218 SI**