UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FREMONT UNIFIED SCHOOL DISTRICT<br><br>　　　　　Defendant<br><br>　　　　　. | CASE NO. C-06-07218 SI<br><br>**[PROPOSED] ORDER**<br><br>Trial Date:　　　　None |

The Court, having reviewed and considered the STIPULATION TO PERMIT FILING OF PLAINTIFF'S PROPOSED THIRD AMENDED COMPLAINT AND DISMISS NON-IDEA CLAIMS ("Stipulation") and finding good cause, does hereby ORDER:

1. that Plaintiff is permitted to file her Third Amended Complaint in the form attached to the Plaintiff's Stipulation as Exhibit A;
2. that the claims not included in the Third Amended Complaint are dismissed without prejudice with each party bearing its costs and fees with respect to all claims being dismissed;
3. that Defendant's Answer to Plaintiff's initial complaint is sufficient to answer Plaintiff's Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____

　　　　　The Honorable Susan Illston

　　　　　Judge of the United States District Court
　　　　　For the Northern District of California

[PROPOSED] ORDER TO PERMIT FILING OF PLAINTIFF'S PROPOSED THIRD AMENDED COMPLAINT AND DISMISS NON-IDEA CLAIMS　　　　CASE NO. C-06-07218 SI

1