AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. W. SUTHERLAND, State Bar No. 239889
ssutherland@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S.,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C06 7218 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO REPLACE EXHIBITS A AND B TO THE DISTRICT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF'S DAUBERT MOTION WITH REDACTED VERSIONS**<br><br>Judge: Hon. Susan Illston<br><br>Third Amended Complaint Filed: September 11, 2009 |

The parties hereto by and through their counsel of record hereby stipulate and agree to substitute documents filed by defendant FREMONT UNIFIED SCHOOL DISTRICT ("District") on November 11, 2009, with redacted versions of those documents. The documents to be removed are the two exhibits attached to the District's Request for Judicial Notice in Opposition to Plaintiff's Daubert Motion to Exclude Certain Expert Opinion Testimony and Report of Dr. Bryna Siegel, identified as Exhibit A, a twelve page document dated March 23, 2009 (Document 201-19) and Exhibit B, a nine page document dated May 12, 2009 (Document 201-20). The documents to

1
STIPULATION AND [PROPOSED] ORDER TO REPLACE EXHIBITS A AND B TO THE DISTRICT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF'S DAUBERT MOTION WITH REDACTED VERSIONS; CASE NO. C06-7218 SI

SF 403672v1

1  be substituted are the attached documents Exhibit A and Exhibit B, which are identical to those
2  originally filed but for redactions to prevent disclosure of confidential information.
3       Good cause exists for the substitution of these documents for the original District
4  documents filed as Document 201-19 and 201-20, because the originally filed Documents 201-19
5  and 201-20 included Plaintiff/student and her parents' names.  Plaintiff filed this case under a
6  pseudonym, and this information is confidential.

DATED: November 19, 2009        **MILLER BROWN & DANNIS**

By:   */s/ DAMARA MOORE*
    AMY R. LEVINE
    DAMARA MOORE
    SARAH L. W. SUTHERLAND
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

DATED: November 19, 2009        **LEIGH LAW GROUP DBA EDULEGAL**

By:   */s/ MANDY G. LEIGH*
    MANDY G. LEIGH
Attorneys for Plaintiff
K.S., a minor, by and through her parents, P.S.
and M.S.

**IT IS SO ORDERED.**

DATED:_____        _____
    Hon. Susan Illston
    United States District Court Judge

Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

SF 403672v1

2
STIPULATION AND [PROPOSED] ORDER TO REPLACE EXHIBITS A AND B TO THE DISTRICT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF'S DAUBERT MOTION WITH REDACTED VERSIONS; CASE NO. C06-7218 SI