**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., a minor, by and through her parents, P.S. and M.S., | No. C 06-07218 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendant. / | |

Defendant's motion for summary judgment is granted and plaintiff's motion for summary judgment is denied. Judgment in favor of defendant and against plaintiff is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 29, 2009

SUSAN ILLSTON
United States District Judge